

# UNITED STATES DISTRICT COURT

for the

District of Montana

OCT 1 0 2017

Clerk, U.S District Court
District Of Montana
Missoula

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. MJ-17-49-M-JCL |
| | ) | |
| Cydrea Nicholes | ) | Charging District:     District of South Dakota |
| *Defendant* | ) | Charging District's Case No.   5:17-CR-50152-02 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court, Judge Wollmann 515 Ninth Street, Rm 236 Rapid City, SD 57701 | Courtroom No.: 2 |
|---|---|
| | Date and Time: 10/20/2017 1:40 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:     10/10/2017

_____
*Judge's signature*

Jeremiah C. Lynch, U.S. Magistrate Judge
*Printed name and title*